December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

RUFUS FREDERIC KIRBY, Appellant

NO. 14-16-00865-CR                         V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.